

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES, | CASE NO. 02-CR-2559 H |
|---|---|
| Plaintiff, | ORDER RE JUDICIAL NOTICE |
| vs. | |
| MICHAEL J. FANGHELLA, | |
| Defendant. | |

    The Court takes judicial notice of the reference to Mr. Christopher Bellaire in the article filed in the San Diego Weekly Reader dated April 18, 2002.

IT IS SO ORDERED.

Dated: 9/11/06

MARILYN L. HUFF, U.S. District Judge
UNITED STATES DISTRICT COURT